# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

**v.** **Case No. 4:23cr141**

**WALTER ALFREDO QUIROA-REYES (2)**

GOVERNMENT: Wes Wynne, Matt Johnson

DEFENSE: Carl Ceder, Stephen Sears, Steven Chapa

Interpreters: Lyda Baro, David Hoover

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/17/26.**

**Jury Selection and Trial**

| | |
|---|---|
| 9:27 am | The court called the case, noting the appearance of counsel and parties. |
| 9:28 am | The Court addresses the jury panel. |
| 9:35 am | Voir dire begins. |
| 10:25 am | Voir dire for the Government by Mr. Wynne. |
| 11:08 am | Recess. |
| 11:26 am | Voir dire resumes. |
| 11:27 am | Voir dire for the Defendant by Mr. Ceder. |
| 11:59 am | Individual voir dire begins. |

| | |
|---|---|
| 12:02 pm | Jurors stricken for cause: 3, 6, 1, 28, 44, 20, 43, 16, 5, 14, 22, 32, 9, 25. |
| 12:39 pm | Court recessed. |
| 1:13 pm | Court resumes. The jury is seated. |
| 1:16 pm | Remaining jury panel released. |
| 1:17 pm | Jurors are given the oath. |
| 1:18 pm | The jury is given instructions and released for lunch until 2:20 pm. |
| 2:31 pm | The jury is brought into the courtroom. |
| 2:32 pm | The Court reads instructions to the jury. |
| 2:54 pm | Defendant pleads not guilty to counts 1 and 2 of the indictment. |
| 2:54 pm | The rule is invoked. |
| 2:55 pm | Opening statement for the Government by Mr. Wynne. |
| 3:14 pm | Defendant reserves his opening statement. |
| 3:14 pm | Mr. Wynn calls Govt witness Agent Jackie Cypert. Agent Cypert is sworn in. |
| 3:55 pm | Court recessed until 4:05 pm. |
| 4:11 pm | Court resumes. |
| 4:12 pm | Mr. Wynne resumes direct exam of Agent Cypert. |
| 5:13 pm | The jury is recessed until Tuesday, August 18, 2026, at 9:00 am. |
| 5:15 pm | Court recessed until Tuesday, August 18, 2026, at 8:40 am. |