# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

**v.** **Case No. 4:23cr141**

**WALTER ALFREDO QUIROA-REYES (2)**

GOVERNMENT: Wes Wynne, Matt Johnson

DEFENSE: Carl Ceder, Stephen Sears, Steven Chapa

Interpreters: Lyda Baro, David Hoover

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/18/26.**

**Jury Trial – Day Two**

| | |
|---|---|
| 9:03 am | The court called the case, noting the appearance of counsel and parties. |
| 9:03 am | Court and counsel take up matters outside the presence of the jury. |
| 9:11 am | Defendant exhibits 1-4 admitted. |
| 9:33 am | The jury is brought into the courtroom. |
| 9:33 am | Cross-exam of Agent Cypert by Mr. Sears. |
| 10:23 am | Re-direct by Mr. Wynne. |
| 10:48 am | Re-Cross by Mr. Sears. |
| 10:53 am | Re-direct by Mr. Wynne. |

| | |
|---|---|
| 10:54 am | Court recessed until 11:10 am. |
| 11:13 am | Court resumes. |
| 11:15 am | Mr. Wynn calls Govt witness Jose Juan Suniga Rodriguez. Mr. Rodriguez is sworn in. Marie Steilen interprets for the witness. Interpreter was previously sworn in. |
| 12:19 pm | Court recessed until 1:30 pm. |
| 1:35 pm | Court resumes. Court and counsel discuss matters outside the presence of the jury. |
| 1:42 pm | Cross-exam of Jose Juan Suniga Rodriguez by Mr. Ceder. |
| 2:13 pm | Re-direct by Mr. Wynne. |
| 2:17 pm | The Court gives an instruction to the jury regarding alleged accomplices. |
| 2:20 pm | Mr. Johnson calls govt witness Wildin Jui Escobar. Mr. Escobar is sworn in. Marie Steilen interprets for the witness. |
| 2:46 pm | Cross-exam by Mr. Sears. |
| 2:55 pm | Re-direct by Mr. Johnson. |
| 2:59 pm | Court recessed until 3:10 pm. |
| 3:16 pm | Court resumes. Mr. Wynne calls Govt witness Alfredo Solares Mejia. Mr. Mejia is sworn in. Marie Steilen interprets for the witness. |
| 4:09 pm | Cross-exam by Mr. Ceder. |
| 4:12 pm | Re-direct by Mr. Wynne. |
| 4:14 pm | Court recessed until 4:25 pm. |
| 4:35 pm | Court resumes. Mr. Wynne calls Govt witness Helber Adolfo Sanchez Sandoval. Mr. Sandoval is sworn in. Marie Steilen interprets for the witness. |
| 5:15 pm | Cross-exam by Mr. Ceder. |
| 5:21 pm | Re-direct by Mr. Wynne. |
| 5:23 pm | The jury is recessed until Wednesday, August 19, 2026, at 9:00 am. |

| | |
|---|---|
| 5:24 pm | Court and counsel discuss matters outside the presence of the jury. |
| 5:25 pm | Court recessed until Wednesday, August 18, 2026, at 8:30 am. |