# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

**v.** **Case No. 4:23cr141**

**WALTER ALFREDO QUIROA-REYES (2)**

GOVERNMENT: Wes Wynne, Matt Johnson

DEFENSE: Carl Ceder, Stephen Sears, Steven Chapa

Interpreters: Lyda Baro, David Hoover

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/19/26.**

**Jury Trial – Day Three**

| | |
|---|---|
| 8:55 am | The court called the case, noting the appearance of counsel and parties. |
| 8:55 am | Court and counsel discuss matters outside the presence of the jury. |
| 8:56 am | Court recessed. |
| 9:04 am | Court resumes. The jury is brought into the courtroom. |
| 9:07 am | Mr. Johnson calls Govt Witness Mario Ivan Amezquita Merida. Mr. Merida is sworn in. Marie Steilen interprets for the witness. |
| 9:31 am | Cross-exam by Mr. Chapa. |
| 9:41 am | Re-direct by Mr. Johnson. |

| | |
|---|---|
| 9:42 am | Mr. Wynne calls Govt witness Kevin Loanmi Juncos Barrios. Mr. Barrios is sworn in. |
| 10:10 am | Cross-exam by Mr. Chapa. |
| 10:27 am | Court recessed until 10:40 am. |
| 10:28 am | Court and counsel discuss matters outside the presence of the jury. |
| 10:29 am | Court recessed. |
| 10:49 am | Court resumes. Mr. Wynne calls Govt witness Julio Alberto Escobar Rendon. Mr. Rendon is sworn in. Marie Steilen interprets for the witness. |
| 11:50 am | Cross-exam by Mr. Sears. |
| 12:18 pm | Court recessed until 1:30 pm. |
| 1:34 pm | Court resumes. Mr. Johnson calls Govt witness Alfredo Ramon Marroquin Escobar. Mr. Escobar is sworn in. Marie Steilen interprets for the witness. |
| 1:53 pm | Cross-exam by Mr. Ceder. |
| 2:07 pm | Mr. Wynne calls Govt witness Marlon Alexis Aguilar Reyes. Mr. Reyes is sworn in. Marie Steilen interprets for the witness. |
| 2:30 pm | Cross-exam by Mr. Chapa. |
| 2:38 pm | Court recessed until 2:50 pm. |
| 3:03 pm | Court resumes. Mr. Johnson calls Govt witness Carlos Danilo Preciado Navarijo. Mr. Navarijo is sworn in. |
| 3:27 pm | Cross-exam by Mr. Sears. |
| 3:45 pm | Court recessed until 4:00 pm. |
| 4:07 pm | Court resumes. Court and counsel discuss matters outside the presence of the jury. |
| 4:11 pm | The jury is brought into the courtroom. |
| 4:11 pm | The Government rests. |
| 4:12 pm | The jury is retired to the jury room. |

| | |
|---|---|
| 4:12 pm | The Defense Motions for a Judgment of Acquittal. |
| 4:13 pm | Defense Motion for Judgment of Acquittal is denied. |
| 4:15 pm | The defendant is sworn in. |
| 4:16 pm | Mr. Ceder questions the defendant regarding his right to testify. |
| 4:20 pm | The jury is brought into the courtroom. |
| 4:21 pm | Mr. Ceder calls Defendant Walter Alfredo Quiroa-Reyes to the stand. |
| 5:22 pm | Jury recessed until Thursday, August 20, 2026, at 9:00 am. |
| 5:23 pm | Court and counsel discuss matters outside the presence of the jury. |
| 5:24 pm | Court recessed until Thursday, August 20, 2026, at 8:15 pm. |