# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

**v.** **Case No. 4:23cr141**

**WALTER ALFREDO QUIROA-REYES (2)**

GOVERNMENT: Wes Wynne, Matt Johnson

DEFENSE: Carl Ceder, Stephen Sears, Steven Chapa

Interpreters: Lyda Baro, Myrna Ramirez

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/24/26.**

**Jury Trial – Day Six**

| | |
|---|---|
| 1:49 pm | The court called the case, noting the appearance of counsel. |
| 1:50 pm | Court and counsel discuss juror note #3. |
| 1:51 pm | Court recessed. |
| 2:18 pm | Court resumes. Court and counsel discuss the response to juror note #3. |
| 2:19 pm | Court recessed. |
| 3:33 pm | Court and counsel discuss juror note #4. |
| 3:37 pm | The jury is brought into the courtroom. |
| 3:55 pm | The Court reads supplemental instructions to the jury. |

| | |
|---|---|
| 3:56 pm | The jury is retired to the courtroom. |
| 3:57 pm | Court recessed. |