# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

**v.** **Case No. 4:23cr141**

**WALTER ALFREDO QUIROA-REYES (2)**

GOVERNMENT: Wes Wynne, Matt Johnson

DEFENSE: Carl Ceder, Stephen Sears, Steven Chapa

Interpreters: Lyda Baro, Myrna Ramirez

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/25/26.**

**Jury Trial – Day Seven**

| | |
|---|---|
| 9:49 am | The court called the case, noting the appearance of counsel. |
| 9:50 am | The jury has sent a note stating they have a verdict. |
| 9:50 am | The jury is brought into the courtroom. |
| 9:51 am | The verdict is published. Defendant found NOT GUILTY on both counts. |
| 9:52 am | Court and counsel discuss sealing certain exhibits. |
| 9:55 am | Court adjourned. |