UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:23-CR-141-SDJ |
| | § | |
| WALTER QUIROA-REYES (2) | § | |
| | § | |

**VERDICT OF THE JURY**

**COUNT I**

As to the offense charged in Count One of the Indictment, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine Would Be Unlawfully Imported into the United States, we, the Jury, find:

**WALTER ALFREDO QUIROA-REYES**

_________ Guilty ____X____ Not Guilty

**COUNT II**

As to the offense charged in Count Two of the Indictment, Manufacturing and Distributing Cocaine Intending, Knowing and with Reasonable Cause to Believe the Cocaine Would be Unlawfully Imported into the United States and aiding and abetting, we, the Jury, find:

**WALTER ALFREDO QUIROA-REYES**

_________ Guilty ____X____ Not Guilty

If you found Defendant, **WALTER ALFREDO QUIROA-REYES**, guilty of Count Two of the Indictment, you must next determine the quantity of cocaine for which he was accountable.

Indicate below your unanimous finding beyond a reasonable doubt of the quantity of cocaine, if any, attributable to Defendant **WALTER ALFREDO QUIROA-REYES**. The defendant is accountable only for the quantity of cocaine with which he was directly involved.

____ 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine

____ 500 grams or more, but less than 5 kilograms, of a mixture or substance containing a detectable amount of cocaine

____ less than 500 grams of a mixture or substance containing a detectable amount of cocaine

8/25/2026

DATE

[signature]

PRESIDING JUROR SIGNATURE