AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

EXHIBIT LIST

UNITED STATES OF AMERICA v. WALTER ALFREDO QUIROA-REYES

CASE NO. 4:23cr141(2)

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sean D. Jordan | Wes Wyyne, Matt Johnson | Carl Ceder, Stephen Sears, Steven Chapa |
| date(s): 8/17/26 - 8/20/26 | COURT REPORTER Ruth Weese | COURTROOM DEPUTY Bonnie Sanford |

| GOVT NO. | DEF NO | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| | 1 | x | Organizational Chart |
| | 2 | x | Organizational Chart |
| | 3 | x | Organizational Chart |
| | 4 | x | Photograph of Isel Aneli Suniga Morfin |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |