AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

WALTER ALFREDO QUIROA-REYES

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 4:23cr141(2)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

Sean D. Jordan
United States District Judge
Name and Title of Judge

8/26/2026
Date